■ COMMISSIONER OF SOCIAL SERVICES, on Behalf of KATELYN K. GERALD J.—Motion by mother and custodial parent for appointment of attorney and for other relief denied in its entirety, for lack of jurisdiction, no notice of appeal having been filed with respect to movant, and appeal by Commissioner having been abandoned. Concur—Murphy, P. J., Carro, Ellerin, Kassal and Rubin, JJ.

■ In the Matter of FREDERICK P. CINCOTTI, Admitted as FRED PETER CINCOTTI, a Suspended Attorney.—Motion is granted and respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective May 21, 1992. Concur—Carro, J. P., Milonas, Kupferman, Asch and Kassal, JJ.